1  ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
2  ALICIA A. HAGERMAN, ESQ.
   Nevada Bar No. 10891
3  KOELLER NEBEKER CARLSON & HALUCK, LLP
   400 S 4th Street, Suite 600
4  Las Vegas, NV 89101
   Phone: (702) 853-5500
5  Fax: (702) 853-5599
   andrew.green@knchlaw.com
6  alicia.hagerman@knchlaw.com
   Attorneys for Defendant,
7  LM GENERAL INSURANCE COMPANY

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10 GRACHELLE K. GUESE, an individual,    ) CASE NO.: 2:19-cv-01611-GMN-NJK
                                         )
11                    Plaintiff,         ) **STIPULATION AND ORDER FOR**
                                         ) **DISMISSAL WITH PREJUDICE**
12 vs.                                   )
                                         )
13 LM GENERAL INSURANCE COMPANY,         )
   a foreign business entity; DOES I through )
14 XV, and ROE Corporations I through X, )
   inclusive,                            )
15                                       )
                      Defendants.        )
16

17     **IT IS HEREBY STIPULATED BY AND BETWEEN,** Defendant, LM GENERAL

18 INSURANCE COMPANY [hereinafter "Defendant"], by and through its counsel of record,

19 the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff,

20 GRACHELLE K. GUESE [hereinafter "Plaintiff"], by and through her attorneys of record,

21 LAW OFFICE OF GINA M. CORENA, that Plaintiff hereby dismisses her Complaint and

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

573696

| | |
|---|---|
| 1 | claims against Defendant, LM General Insurance Company, with prejudice, each party to bear |
| 2 | their own fees and costs. |
| 3 | DATED this 30 day of December, 2019.  DATED this 30th day of December, 2019. |
| 4 | KOELLER NEBEKER CARLSON    LAW OFFICE OF GINA M. CORENA |
| 5 | & HALUCK, LLP |
| 6 | By: _____   By: _____ |
| 7 | ANDREW C. GREEN, ESQ.      GINA M. CORENA, ESQ. |
|   | Nevada Bar No. 9399        Nevada Bar No. 10330 |
|   | ALICIA A. HAGERMAN, ESQ.   DANIELLE C. MILLER, ESQ. |
| 8 | Nevada Bar No. 10891       Nevada Bar No. 9127 |
|   | 400 S. 4th Street, Suite 600   300 S.4th Street, Suite 1250 |
| 9 | Las Vegas, NV 89101        Attorney for Plaintiff, |
|   | Attorneys for Defendant,   GRACHELLE K. GUESE |
| 10| LM GENERAL INSURANCE |
|   | COMPANY |

### ORDER

**IT IS SO ORDERED**, Plaintiff's Complaint for this matter is hereby dismissed with prejudice, each party to bear their own fees and costs.

Dated this __2__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully Submitted by,

KOELLER NEBEKER CARLSON
& HALUCK, LLP

By _____
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
ALICIA A. HAGERMAN, ESQ.
Nevada Bar No. 10891
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
LM GENERAL INSURANCE COMPANY

573696

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of December, 2019, I served a copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by filing a true copy thereof with the Clerk of the Court using the CM/ECF System to be served upon all parties using the CM/ECF System.

                                                 */s/ Laura Paturzo*
                                                 An Employee of
                                                 KOELLER, NEBEKER, CARLSON & HALUCK, LLP